UNITED STATES of America,
Plaintiff—Appellee,

v.

Ashot MANUKYAN, aka Ashot Gagik
Manukian, "Yurik", Defendant—
Appellant.

United States of America,
Plaintiff—Appellee,

v.

Sousana Ounousian, Defendant—
Appellant.

Nos. 02–50464, 02–50573.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 10, 2005.

Decided Feb. 9, 2005.

James Aquilina, Esq, USLA—Office of
The U.S. Attorney Criminal Division, Los
Angeles, CA, for Plaintiff–Appellee.

Karen L. Landau, Esq., Oakland, CA,
for Defendant–Appellant Ashot Manukyan.

Wayne R. Young, Esq., Santa Monica,
CA, for Defendant–Appellant Sousana
Ounousian.

Before: REINHARDT and CLIFTON,
Circuit Judges, and WEINER, District
Judge.*

MEMORANDUM **

In No. 02–50464:

Ashot Manukyan raises a *Blakely v.
Washington,* —— U.S. ——, 124 S.Ct. 2531,
159 L.Ed.2d 403 (2004) challenge to the
sentence imposed following his guilty plea.
We remand the sentence for reconsidera-
tion in light of *United States v. Booker,*
—— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d
621 (2005).

**REMANDED WITH INSTRUCTIONS.**

In No. 02–50573:

Sousana Ounousian appeals her jury tri-
al conviction and raises a *Blakely* chal-
lenge to her sentence.

---

* The Honorable Charles R. Weiner, Senior
United States District Judge for the Eastern
District of Pennsylvania, sitting by designa-
tion.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Circuit Rule 36–3.

The evidence of the kidnaping conspiracy was "inextricably intertwined" with the extortion conspiracy and thus was admissible. Evidence of the kidnaping enabled the government to offer a coherent and comprehensible story regarding the extortion. Accordingly, there was no abuse of discretion for the district judge to have admitted it.

We remand the sentence for reconsideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

**CONVICTION AFFIRMED; REMANDED WITH INSTRUCTIONS.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.